## Barket, Marion, Epstein & Kearon, LLP
Attorneys at Law

666 Old Country Road, Suite 700  
Garden City, New York 11530  
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710  
New York, New York 10019  
[P] 212.972.1710 •  
[Send mail to Garden City]

www.barketmarion.com

February 19, 2016

**MEMO ENDORSED**

Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

USDC...  
DOC...  
ELEC...  
DOC #: _____  
DATE FILED: 2/22/16

Re: United States v. Jason Gross  
15 Cr. 766 (GWG)

Dear Judge Gorenstein:

As you are aware, this firm represents Jason Gross in connection with the above-referenced case. We are writing respectfully to request a two-week extension of Mr. Gross's sentencing. This is the first and likely only such request from the defense, and it is on consent of the government.

The reason for the request is because I have been out of the office pursuant to the birth of my daughter. The extension will thus provide the necessary time for me to return to the office and for us to finalize our memorandum in aid of sentencing.

If granted, this extension would move sentencing from March 2 to March 16, 2016. In turn, the defense would submit its sentencing memorandum by March 2 and the government would submit its own by March 9.

at 16:00 a.m.

Thank you for your consideration.

Respectfully,

SO ORDERED: DATE: 2/22/16  
GABRIEL W. GORENSTEIN  
UNITED STATES MAGISTRATE JUDGE

/s/  
Alexander Klein, Esq.

via ECF: AUSA Drew Johnson-Skinner